IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | 8:97CV418 |
| ) | |
| Keith Stoural, ) | |
|     Defendant(s), ) | |
| ) | |
|     and ) | |
| ) | |
| Jensen Construction, ) | |
|     Garnishee. ) | |

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Jensen Construction, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Jensen Construction, whose address is 5550 Ne 22nd Street, Des Moines, IA 50313.

DATED this 10th day of March, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
CHIEF JUDGE, U. S. DISTRICT COURT